**SO ORDERED.**
**SIGNED this 25th day of April, 2016**

_____
Suzanne H. Bauknight
**UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF TENNESSEE

In re

Case No. 3:16-bk-31282-SHB

RICHARD PARKER WILKINSON

Debtor

## O R D E R

Upon consideration of the Application for Individuals to Pay the Filing Fee in Installments filed by Debtor, *pro se*, on April 25, 2016, requesting that he be allowed to pay the fees required upon commencement of his Chapter 7 case by installments, the Court directs that the aforesaid application is DENIED because Debtor did not pay the filing fees in his prior cases: (1) #3:15-bk-32526-SHB filed on August 19, 2015, and dismissed November 9, 2015, for failing to certify that he obtained the required credit counseling briefing; and (2) #3:15-bk-33517-SHB filed on November 25, 2015, and dismissed February 4, 2016, for failing to pay the filing fee, file required documents, and appear at the show cause hearing.  Debtor is directed to pay the $335.00

administrative and filing fees required upon commencement of his bankruptcy case no later than

May 25, 2016, or this case may be dismissed without further notice or hearing.

###