**Fill in this information to identify your case:**

Debtor _____ _____ _____
       First Name         Middle Name      Last Name

Debtor 2 _____ _____ _____
(Spouse If filing) First Name  Middle Name   Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number  3:16-bk-31282-SHB
(If known)

FILED
MAY 24 2016
U.S. BANKRUPTCY COURT
Knoxville, Tennessee

☐ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases         12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| 2.1 Name _____ Number Street _____ City State ZIP Code _____ | |
| 2.2 Name _____ Number Street _____ City State ZIP Code _____ | |
| 2.3 Name _____ Number Street _____ City State ZIP Code _____ | |
| 2.4 Name _____ Number Street _____ City State ZIP Code _____ | |
| 2.5 Name _____ Number Street _____ City State ZIP Code _____ | |

Official Form 106G         Schedule G: Executory Contracts and Unexpired Leases         page 1 of ___

Debtor 1 _____ _____ _____
           First Name     Middle Name     Last Name

Case number *(if known)* 3:16-bk-31282-SHB

**Additional Page if You Have More Contracts or Leases**

| | Person or company with whom you have the contract or lease | What the contract or lease is for |
|---|---|---|
| 2.2 | Name / Number Street / City State ZIP Code | |
| 2._ | Name / Number Street / City State ZIP Code | |
| 2._ | Name / Number Street / City State ZIP Code | |
| 2._ | Name / Number Street / City State ZIP Code | |
| 2._ | Name / Number Street / City State ZIP Code | |
| 2._ | Name / Number Street / City State ZIP Code | |
| 2._ | Name / Number Street / City State ZIP Code | |
| 2._ | Name / Number Street / City State ZIP Code | |

Official Form 106G      Schedule G: Executory Contracts and Unexpired Leases      page ___ of ___