**SO ORDERED.**
**SIGNED this 7th day of June, 2016**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF TENNESSEE

In re

RICHARD PARKER WILKINSON

Debtor

Case No. 3:16-bk-31282-SHB

### O R D E R

Debtor, *pro se*, filed the Voluntary Petition commencing this Chapter 7 bankruptcy on April 25, 2016, but did not file the Certificate of Credit Counseling required by 11 U.S.C. § 521(b)(1) and Rule 1007(b)(3) of the Federal Rules of Bankruptcy Procedure evidencing that he obtained the pre-petition credit counseling briefing required by 11 U.S.C. § 109(h)(1). On May 24, 2016, Debtor filed a Certificate of Counseling evidencing that his credit counseling briefing was completed on May 24, 2016. Because he did not obtain the required credit counseling briefing within the 180 days preceding the commencement of his case, the Court directs Debtor to appear on July 14, 2016, at 9:00 a.m., in Bankruptcy Courtroom 1-C, First Floor, Howard H.

Baker, Jr. United States Courthouse, Knoxville, Tennessee, to show cause why his bankruptcy case should not be dismissed due to his ineligibility to be a debtor under Title 11.

###