| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Richard Parker Wilkinson |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: _____ District of _____ | |
| Case number (If known) | 3:16-bk-31282-SHB |

FILED
AUG 17 2016
U.S. BANKRUPTCY COURT
Knoxville, Tennessee

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

x _/s/ Rich Wilk_____    x _____
Signature of Debtor 1         Signature of Debtor 2

Date  7-25-16           Date _____
    MM / DD / YYYY              MM / DD / YYYY

Official Form 106Dec        Declaration About an Individual Debtor's Schedules