**SO ORDERED.**
**SIGNED this 18th day of August, 2016**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

In re:

RICHARD PARKER WILKINSON                    Case No.: 3:16-31282-SHB

Debtor.                                                             Chapter 7
_____/

### ORDER GRANTING MOTION TO EXTEND
### TIME TO FILE OBJECTIONS TO DEBTOR'S DISCHARGE

This matter came on for hearing on August 18, 2016 at 9:00 a.m., on the U.S. Trustee's Motion to Extend Time to File Objections to the Debtor's Discharge (the "Motion"). The Court finds that the motion is well-taken. Accordingly, it is

**ORDERED** that the Motion is GRANTED and the deadline to file any objections, pursuant to 11 U.S.C. § 727, to the Debtor's discharge is extended to, and including, October 24, 2016.

# # #

APPROVED FOR ENTRY:

SAMUEL K. CROCKER
United States Trustee, Region 8

/s/ *Tiffany A. DiIorio*
Tiffany A. DiIorio
Trial Attorney, Florida Bar # 0719706
U.S. Department of Justice
Office of the U.S. Trustee
800 Market Street, Suite 114
Knoxville, TN  37902
Telephone:  (865) 545-4754
Email: tiffany.diiorio@usdoj.gov