**SO ORDERED.**
**SIGNED this 18th day of August, 2016**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### EASTERN DISTRICT OF TENNESSEE

In re

RICHARD PARKER WILKINSON

    Debtor

Case No. 3:16-bk-31282-SHB

### O R D E R

After notice and a hearing held August 18, 2016, the Court directs the following:

1. The hearing on the U.S. Trustee's Motion to Dismiss filed on July 20, 2016, is CONTINUED to September 1, 2016, at 9:00 a.m., in Bankruptcy Courtroom 1-C, First Floor, Howard H. Baker, Jr. United States Courthouse, Knoxville, Tennessee.

2. Debtor shall file amended Schedules I and J, and an amended Official Form 122A-2 Chapter 7 Means Test Calculation no later than August 25, 2016.

###