*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**RICHARD PARKER WILKINSON**     Case No. **3:16-BK-31282-SHB**
                                 Chapter 7

Debtor.

**AFFIDAVIT OF PROFESSIONAL PERSON**

STATE OF TENNESSEE
COUNTY OF KNOX

PERSONALLY appeared before the undersigned authority, Ryan E. Jarrard, with whom I am personally acquainted, and who, after being duly sworn in accordance with law, made oath as follows:

1. Ryan E. Jarrard is a duly licensed attorney before the Courts of the State of Tennessee and this Court.

2. Affiant has reviewed the case file of the above estate. Affiant qualifies to serve as counsel for the trustee of this estate.

3. Affiant and the members of his law firm are familiar with the requirements of 11 U.S.C. §101(14) defining disinterested persons. Affiant and the members of his firm do not hold or represent any interest adverse to the estate as defined therein.

4. Affiant has reviewed the legal needs of the estate. Affiant and the members of his firm are qualified to perform the services. Affiant and the firm of Quist, Fitzpatrick & Jarrard, PLLC are willing to perform the services on an hourly basis as reflected on the attached page together with the costs recoverable under the guidelines of the U.S. Trustee's Office. The listed rates are the same which are charged for non-bankruptcy clients for files assigned through Ryan E. Jarrard. Lesser amounts are charged for insurance defense clients.

Respectfully submitted,

/s/ Ryan E. Jarrard

RYAN E. JARRARD
BPR No. 024525
QUIST, FITZPATRICK & JARRARD, PLLC
2121 First Tennessee Plaza
Knoxville, TN 37929-2121
865-524-1873-232
REJ@qcflaw.com

## OATH

STATE OF TENNESSEE    )
                     )  ss.
COUNTY OF KNOX       )

    Personally appeared before the undersigned authority, a Notary Public in and for said County and State, Ryan E. Jarrard, and who acknowledged, after being duly sworn, that the statements in the foregoing document are true to the best of his knowledge, information and belief.

    Witness my hand and official seal at office in Knox, state of Tennessee, this the 19th day of August, 2016.

Notary Public

My Commission Expires: 12.04.18

| NAME | ADMISSION DATE | HOURLY RATE |
|---|---|---|
| **PARTNERS:** | | |
| Michael H. Fitzpatrick | 1978 | $ 275.00 |
| Brian C. Quist | 1987 | $ 250.00 |
| Ryan E. Jarrard | 2005 | $ 175.00 |
| **ASSOCIATES:** | | |
| Dustin Crouse | 2011 | $ 120.00 |
| **PARAPROFESSIONALS:** | | |
| David Hughes | | $ 15.00 |
| Clerks | | $ 15.00 |

[Any future employee in this category will be billed at this rate]