**SO ORDERED.**
**SIGNED this 20th day of October, 2016**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**RICHARD PARKER WILKINSON**        Case No. **3:16-BK-31282-SHB**
                                     Chapter 7

### AGREED ORDER

Upon agreed motion by the Debtor and Trustee, and for good cause shown, it is ORDERED that the deadlines for filing an Objection to Discharge in this matter pursuant to 11 U.S.C. 727 are hereby extended until December 8, 2016.

###

**APPROVED:**

Respectfully submitted,

*/s/ Ryan E. Jarrard*
RYAN E. JARRARD, ESQ.
BPR NO. 024525
Attorney for Michael H. Fitzpatrick, Trustee
**QUIST, FITZPATRICK & JARRARD, PLLC**
2121 First Tennessee Plaza
Knoxville, TN 37929-2121
865-524-1873
rej@qcflaw.com


*/s/ William E. Maddox, Jr.*
WILLIAM E. MADDOX, JR, ESQ.
BPR #017462
Attorney for Debtor
**WILLIAM E. MADDOX, JR. LLC**
Attorney at Law
P.O. Box 31287
Knoxville, TN 37930
865-293-4953
wem@billmaddoxlaw.com