

**SO ORDERED.**
**SIGNED this 7th day of February, 2017**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

## United States Bankruptcy Court
### Eastern District of Tennessee

In re  **Richard Parker Wilkinson**                                           Case No.  **16-31282-SHB**
                                        Debtor(s)                              Chapter   **7**

## ORDER TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13

The Debtor(s) filed a motion, in accordance with 11 U.S.C. § 706(a), seeking to convert this case under Chapter 7 to a case under Chapter 13 of the Bankruptcy Code. The court has considered the record, and finds that the case has not been previously converted under 11 U.S.C. § 1112, § 1208 or § 1307.

IT IS ORDERED THAT:

1. This Chapter 7 case is converted to a case under Chapter 13.

2. The Chapter 7 Trustee within 30 days of the date of this Order shall file and transmit to the United States Trustee:
   a. an account of all receipts and disbursements made in the Chapter 7 case, and
   b. a report on the administration of the case pursuant to 11 U.S.C. § 704(9).

3. The Trustee forthwith shall turnover to the Debtor(s) all records and property of the estate remaining in the Trustee's custody and control.

4. The Trustee or any other party entitled to compensation may within 30 days of the date of this Order file an Application for Compensation and Reimbursement of Expenses.

5. The Debtor(s) within 15 days from the date of this Order shall file the statements and schedules required by Federal Rule of Bankruptcy Procedure 1007(b), if such documents have not already been filed.

6. The Debtor(s) within 15 days from the date of this Order shall file a Chapter 13 Plan.

7.  Other provisions (as needed):


###


APPROVED FOR ENTRY:


<u>/s/ William E. Maddox, Jr.</u>
WILLIAM E. MADDOX, JR.
B.P.R. #017462
Attorney for Debtor
William E. Maddox, Jr. LLC
Attorney at Law
P.O. Box 31287
Knoxville TN 37930
865-293-4953