**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 16-31282 | SHB | Judge: | Suzanne H. Bauknight | Trustee Name: | MICHAEL H. FITZPATRICK, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Richard Parker Wilkinson | | | | Date Filed (f) or Converted (c): | 04/27/2017 (c) |
| | | | | | 341(a) Meeting Date: | 05/24/2016 |
| For Period Ending: | 03/31/2019 | | | | Claims Bar Date: | 10/10/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Lr,Br.Dr Furniture | 2,000.00 | 0.00 | | 0.00 | FA |
| 2. Tvs, Cell Phone | 500.00 | 0.00 | | 0.00 | FA |
| 3. Golf Clubs | 500.00 | 0.00 | | 0.00 | FA |
| 4. Cash | 200.00 | 0.00 | | 0.00 | FA |
| 5. Citizens Bank | 20.00 | 0.00 | | 0.00 | FA |
| 6. I Lend Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 7. Fraudulent Conveyance to Brother (u) | 0.00 | 0.00 | | 1,041.66 | 8,958.34 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $3,220.00 | $0.00 | | $1,041.66 | $8,958.34 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

3/31/19 payments are current.
12/20/18 debtor settlement approved.  First 2 payments received.
6/20/18 dismiss adversary against brother based on debtor forgery of all documents associated with the brother.
5/25/18 meet with brother, Atty. Martin, Atty. Shultz and REJ for settlement discussion.
3/23/18 debtor settlement of 727 complaint not fulfilled.  Trial set for brother.
10/26/17 default debtor on 727 complaint.  REJ is prepared to file the FC action against the brother.
7/6/17 REJ working on fraudulent conveyance complaint as to brother and Section 727 complaint.
4/27/17 reconverted to Chapter 7.
2/7/17 converted to Chapter 13.
12/8/16 file Section 727 complaint.
7/29/16 review debtor's amended documents.  Letter to the debtor re amendment issues.

Initial Projected Date of Final Report (TFR): 08/01/2018     Current Projected Date of Final Report (TFR): 01/01/2022

Trustee Signature: /s/ MICHAEL H. FITZPATRICK, TRUSTEE        Date: 04/10/2019

MICHAEL H. FITZPATRICK, TRUSTEE
2121 FIRST TENNESSEE PLAZA
KNOXVILLE, TN  37929-9711
mhf@qcflaw.com
(865) 524-1873
mhf@qcflaw.com

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-31282 | Trustee Name: | MICHAEL H. FITZPATRICK, TRUSTEE |
|---|---|---|---|
| Case Name: | Richard Parker Wilkinson | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0195 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX2500 | Blanket Bond (per case limit): | $13,511,929.00 |
| For Period Ending: | 03/31/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/21/18 | 7 | Richard P. Wilkinson c/o Ed Shultz, Esq. | Settlement payment | 1241-000 | $416.67 | | $416.67 |
| 01/18/19 | 7 | Richard P. Wilkinson c/o Ayer & Parkey | Settlement payment | 1241-000 | $208.33 | | $625.00 |
| 02/08/19 | 7 | ILEND, Inc. 9041 Executive Park Dr., Ste. 250 Knoxville, TN 37923-4657 | Settlement payment | 1241-000 | $208.33 | | $833.33 |
| 02/13/19 | 7 | Richard P. Wilkinson 233 ELKMONT ROAD KNOXVILLE, TN 37922 | Settlement payment | 1241-000 | $208.33 | | $1,041.66 |
| 03/08/19 | 7 | Richard P. Wilkinson 233 Elkmont Rd. Knoxville, TN 37922-3641 | Settlement payment Replacement March check | 1241-000 | $208.33 | | $1,249.99 |
| 03/08/19 | 7 | Richard P. Wilkinson 233 ELKMONT ROAD KNOXVILLE, TN 37922 | Settlement payment Reversal Returned unpaid insufficient funds. | 1241-000 | ($208.33) | | $1,041.66 |

| | | |
|---|---|---|
| COLUMN TOTALS | $1,041.66 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $1,041.66 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,041.66 | $0.00 |

Page Subtotals: $1,041.66  $0.00

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0195 - Checking | $1,041.66 | $0.00 | $1,041.66 |
|  | $1,041.66 | $0.00 | $1,041.66 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $1,041.66 |
| Total Gross Receipts: | $1,041.66 |

Trustee Signature:    /s/ MICHAEL H. FITZPATRICK, TRUSTEE        Date: 04/10/2019

MICHAEL H. FITZPATRICK, TRUSTEE  
2121 FIRST TENNESSEE PLAZA  
KNOXVILLE, TN  37929-9711  
mhf@qcflaw.com  
(865) 524-1873  
mhf@qcflaw.com

Page Subtotals:    $0.00    $0.00