# Quist, Fitzpatrick & Jarrard, PLLC
2121 First Tennessee Plaza
Knoxville, TN 37929

IRS TIN: 62-0525931

Phone:(865) 524-1873          Fax:(865) 525-2440

---

Michael Fitzpatrick, Trustee                                     August 2, 2019
2121 First Tennessee Plaza
Knoxville, TN 37929

Attention:   MHF

File #:     346-174
Inv #:      19624

RE:   Represent trustee Fitzpatrick with respect to recovery of fraudulent conveyances, In re Wilkinson 16-31282

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 09/20/2016 | | |
| REJ | Attend 341 meeting of creditors, debtor did not attend. | 0.50 |
| 09/21/2016 | | |
| REJ | Meeting with trustee Fitzpatrick to discuss plan moving forward with respect to interest in iLend, land deed to brother. | 0.20 |
| REJ | Review property documents provided from 341 meeting. | 0.30 |
| REJ | Review 341 recordings; create notes on important points for 727 objections, actions moving forward. | 0.50 |
| REJ | Multiple emails with Steve Byrd, esq. regarding 341 recordings. | 0.30 |
| 09/28/2016 | | |
| REJ | Two emails with Steven Byrd, esq. regarding property dispute between debtor and ex-wife. | 0.20 |
| REJ | Receipt and review title documents received from Stephen Byrd, esq. with respect to property dispute and inclusion in 727 objection. | 0.50 |
| 10/18/2016 | | |
| REJ | Prepare motion (.20) and order (.20) to extend deadlines to object to discharge under section 727. | 0.40 |

| Date | | Description | Hours |
|---|---|---|---|
| 10/19/2016 | | | |
| | REJ | Two emails with Bill Maddox regarding permission to file motion and order to extend 727 deadlines. | 0.20 |
| 11/04/2016 | | | |
| | REJ | Review title documents related to Lot 12 Rivers Edge subdivision for inclusion in 727 discharge. | 0.20 |
| 11/29/2016 | | | |
| | REJ | Review additional property documents provided by trustee Fitzpatrick for inclusion in 727 objection. | 0.20 |
| 12/01/2016 | | | |
| | REJ | Email to Bill Maddox, esq. regarding status of amended bankruptcy schedules to comply with previous court order. | 0.10 |
| 12/02/2016 | | | |
| | REJ | Two emails with Bill Maddox, esq. regarding trustee's 727 concerns. | 0.20 |
| 12/06/2016 | | | |
| | REJ | Prepare draft of 727 objection to discharge adversary complaint and summons. | 2.00 |
| 12/07/2016 | | | |
| | REJ | Revise adversary complaint to object to debtor's discharge under section 727 following discussion with trustee Fitzpatrick. | 0.50 |
| | REJ | Multiple emails with Steve Byrd, esq. regarding address for David Wilkinson for potential demand letter. | 0.30 |
| | REJ | Two emails with Bill Maddox, esq. regarding issues raised in adversary complaint, potential defenses, potential meeting with trustee Fitzpatrick to discuss dismissal of complaint. | 0.20 |
| 12/08/2016 | | | |
| | REJ | Four emails with Bill Maddox, esq. regarding issues raised in adversary complaint, conference with trustee Fitzpatrick to dismiss adversary complaint. | 0.40 |
| 12/09/2016 | | | |
| | REJ | Three emails with Bill Maddox regarding Wilkinson asset transfers, potential 727 defenses and documents to support dismissal of adversary action. | 0.30 |
| | REJ | Three emails with Steve Byrd regarding creditors deadline to object to debtor's discharge. | 0.30 |
| | REJ | Review complaint of creditor Stephanie Hatch filed by Steven Byrd, esq. | 0.30 |

12/13/2016
| | | |
|---|---|---|
| REJ | Two emails with Bill Maddox, Esq, canceling meeting with trustee Fitzpatrick due to failure to provide adequate explanation of property transfers, discharge objection filed by debtor's ex-wife. | 0.20 |

12/28/2016
| | | |
|---|---|---|
| REJ | Receipt and review amended schedules filed by Bill Maddox, esq. on behalf of the debtor. | 0.30 |

01/06/2017
| | | |
|---|---|---|
| REJ | Two emails from Bill Maddox, esq. and trustee Fitzpatrick regarding status of answer, conversion to Chapter 13. | 0.20 |

01/17/2017
| | | |
|---|---|---|
| REJ | Receipt and review motion to convert to Chapter 13. | 0.10 |
| REJ | Two emails with trustee Fitzpatrick conferring about Chapter 13 conversion. | 0.20 |

01/18/2017
| | | |
|---|---|---|
| REJ | Receipt and review answer to complaint(.20), receipt and review courts scheduling order in adversary matter(.10). | 0.30 |

02/03/2017
| | | |
|---|---|---|
| REJ | Two emails with Steven Byrd, esq. regarding status of matter, if case was converted to a Chapter 13. | 0.20 |
| REJ | Multiple emails with Bill Maddox regarding Chapter 13 conversion order, status of revised order to convert case. | 0.30 |

02/08/2017
| | | |
|---|---|---|
| REJ | Consultation with Trustee Fitzpatrick regarding dismissal of adversary action. | 0.20 |
| REJ | Lengthy call from Steven Byrd regarding Chapter 13 conversion, status of adversary matter. | 0.30 |
| REJ | Email to Steven Byrd regarding Chapter 13 conversion. | 0.10 |
| REJ | Prepare Notice of Dismissal of Adversary action. | 0.20 |
| REJ | Email to William Maddox, Esq. regarding permission to file notice of dismissal. | 0.10 |

04/20/2017
| | | |
|---|---|---:|
| REJ | Two emails with Bill Maddox regarding case conversion. | 0.20 |

05/02/2017
| | | |
|---|---|---:|
| REJ | Prepare demand letter to W. David Wilkinson regarding property transfer. | 0.10 |
| REJ | Skiptrace/search for address of W. David Wilkinson for demand letter. | 0.20 |

05/03/2017
| | | |
|---|---|---:|
| REJ | Prepare agreed order extending deadlines to object pursuant 727. | 0.10 |

05/05/2017
| | | |
|---|---|---:|
| REJ | Call to Bill Maddox, esq. regarding agreed motion to extend deadlines, outstanding issues to be discussed at 341 meeting. | 0.20 |

06/06/2017
| | | |
|---|---|---:|
| REJ | Attend 341 meeting, wait turn in docket. | 0.50 |

10/25/2017
| | | |
|---|---|---:|
| REJ | Prepare Complaint to recover transfers from David W. Wilkinson. | 0.50 |

11/21/2017
| | | |
|---|---|---:|
| REJ | Research values of properties transferred to brother. | 1.00 |

11/27/2017
| | | |
|---|---|---:|
| REJ | Lengthy phone call with Jerry Martin regarding Wilkinson matter. | 0.30 |
| REJ | Email to Jerry Martin regarding Wilkinson representation- answer deadline. | 0.10 |

12/04/2017
| | | |
|---|---|---:|
| REJ | Call with Ed Shultz regarding answer by Rick Wilkinson. | 0.10 |

12/07/2017
| | | |
|---|---|---:|
| REJ | Receipt and review answer to complaint (.2), scheduling order, documents forwarded by Ed Shultz regarding defenses (.6), two calls with Ed Shultz regarding same (.4); meeting with Ed Shultz regarding case issues (.5). | 1.60 |

12/08/2017
| | | |
|---|---|---:|
| REJ | Emails with Lisa Chadwell regarding 341/hearing audio recordings. | 0.10 |

12/22/2017
| | | |
|---|---|---|
| REJ | Review answer filed by William David Wilkinson. | 0.20 |

12/27/2017
| | | |
|---|---|---|
| REJ | Multiple emails with Ed Shultz regarding settlement offer. | 0.30 |
| REJ | Receipt and review settlement offer from Ed Shultz. | 0.10 |

12/28/2017
| | | |
|---|---|---|
| REJ | Meet and confer with MHF regarding debtor settlement offer. | 0.20 |

01/15/2018
| | | |
|---|---|---|
| REJ | Prepare discovery plan for debtor adversary (..2), prepare discovery plan for Wilkinson Adversary (.2). | 0.40 |

01/16/2018
| | | |
|---|---|---|
| REJ | Emails with Ed Shultz regarding settlement. | 0.30 |
| REJ | Call with Ed Shultz regarding settlement. | 0.10 |

01/18/2018
| | | |
|---|---|---|
| REJ | Call to Judge Bauknight's Chambers regarding settlement of action. | 0.10 |
| REJ | Prepare motion (.2) and order (.2) to compromise dispute. | 0.40 |
| REJ | Emails with Ed Shultz regarding settlement. | 0.20 |

01/24/2018
| | | |
|---|---|---|
| REJ | Emails with Ed Shultz regarding settlement documents. | 0.20 |

01/25/2018
| | | |
|---|---|---|
| REJ | Attend status conference, wait turn in docket, email to Ed Shultz regarding hearing. | 0.60 |

01/31/2018
| | | |
|---|---|---|
| REJ | Receipt and review motion to continue scheduling hearing. | 0.20 |

| | | |
|---|---|---|
| REJ | Email to trustee Fitzpatrick regarding judgment matter. | 0.10 |

02/07/2018
| | | |
|---|---|---|
| REJ | Call with Ed Schultz regarding Wilkinson scheduling conference. | 0.20 |

02/08/2018
| | | |
|---|---|---|
| REJ | Attend hearing on scheduling conference. | 0.30 |

02/19/2018
| | | |
|---|---|---|
| REJ | Travel to and from Jerry Martin's office regarding settlement discussions (1.0), meet with Jerry Martin regarding documents, settlement(1.0). | 2.00 |

02/22/2018
| | | |
|---|---|---|
| REJ | Emails with Jerry Martin regarding Wilkinson settlement. | 0.20 |
| REJ | Attend scheduling conference, wait turn in docket. | 0.40 |

03/01/2018
| | | |
|---|---|---|
| REJ | Prepare pre-trial scheduling order. | 0.20 |

03/08/2018
| | | |
|---|---|---|
| REJ | Work on initial disclosures. | 1.00 |

03/09/2018
| | | |
|---|---|---|
| REJ | Emails to David Ballenger and David Pipkin regarding potential expert testimony. | 0.40 |

03/12/2018
| | | |
|---|---|---|
| REJ | Two emails with Jerry Wilkinson regarding initial disclosures. | 0.20 |

03/14/2018
| | | |
|---|---|---|
| REJ | Meet and confer with MHF regarding status of matter. | 0.20 |

03/20/2018
| | | |
|---|---|---|
| REJ | Work on discovery requests to David Wilkinson. | 0.50 |

03/26/2018
| | | |
|---|---|---|
| REJ | Emails with David Ballenger regarding appraisals. | 0.20 |

03/27/2018
| | | |
|---|---|---:|
| REJ | Emails with Jerry Martin regarding status. | 0.20 |

03/29/2018
| | | |
|---|---|---:|
| REJ | Prepare subpoena for People's Bank of the South. | 0.20 |
| REJ | Emails with David Ballenger regarding appraisals. | 0.20 |
| REJ | Emails with Jerry Martin regarding subpoena on People's Bank of the South. | 0.20 |
| REJ | Emails with Jerry Martin regarding expert disclosures, bank subpeona. | 0.30 |

04/25/2018
| | | |
|---|---|---:|
| REJ | Email to Ed Shultz regarding scheduling order. | 0.10 |
| REJ | Prepare discovery plan (.2), prepare scheduling order (.2). | 0.40 |

05/03/2018
| | | |
|---|---|---:|
| REJ | Prepare initial disclosures in debtor adversary case. | 0.40 |
| REJ | Multiple emails with Ed Shultz regarding orders, discovery plan. | 0.20 |

05/04/2018
| | | |
|---|---|---:|
| REJ | Emails with Jerry Martin regarding meeting with trustee to discuss settlement. | 0.20 |
| REJ | Email with trustee Fitzpatrick regarding settlement discussions. | 0.10 |
| REJ | Review bank appraisal documents. | 1.00 |

05/16/2018
| | | |
|---|---|---:|
| REJ | Two emails with Jerry Martin regarding meeting. | 0.20 |

| Date | | Description | Hours |
|---|---|---|---|
| 05/18/2018 | | | |
| | REJ | Prepare Requests to admit on debtor Adversary (.8); prepare Rogs to Debtor on Adversary Matter (.6), Prepare requests to produce documents on debtor adversary action (.5), Prepare rogs on William David Wilkinson matter (.6), prepare request to produce on William David Wilkenson matter (.5). | 3.00 |
| | REJ | Emails with Jerry Martin and Ed Shultz regarding discovery requests. | 0.20 |
| 05/24/2018 | | | |
| | REJ | Two emails with Jerry Martin regarding settlement meeting. | 0.20 |
| 05/25/2018 | | | |
| | REJ | Meet with Ed Shultz and Jerry Martin regarding settlement. | 0.70 |
| | REJ | Email to Ed Shultz regarding deposition of debtor. | 0.20 |
| 05/31/2018 | | | |
| | REJ | Call with Ed Shultz regarding deposition dates of debtor. | 0.20 |
| 06/04/2018 | | | |
| | REJ | Calls with Jerry Martin regarding Wilkinson deposition. | 0.30 |
| | REJ | Emails with Jerry Martin regarding Wilkinson deposition. | 0.20 |
| 06/10/2018 | | | |
| | REJ | Attend deposition of Richard Parker Wilkinson. | 1.50 |
| | REJ | Prepare for deposition of debtor, prepare lengthy documents for same. | 1.00 |
| 06/14/2018 | | | |
| | REJ | Email to Jerry Martin regarding stipulation of dismissal. | 0.10 |
| | REJ | Email to trustee Fitzpatrick regarding David Wilkinson case. | 0.10 |
| | REJ | Prep stipulation for dismissal from form. | 0.10 |

06/19/2018
| | | |
|---|---|---:|
| REJ | Call with Ed Shultz regarding settlement. | 0.20 |
| REJ | Emails with Ed Shultz regarding settlement. | 0.20 |

06/29/2018
| | | |
|---|---|---:|
| REJ | Meet and confer with MHF regarding status of hearing. | 0.20 |
| REJ | Multiple emails with foothills title regarding Tipton certified copies- motion. | 0.30 |
| REJ | Emails with Mark Lane regarding status of sale. | 0.20 |

07/02/2018
| | | |
|---|---|---:|
| REJ | Emails with MHF and Mark Lane regarding pending sale of property. | 0.10 |

07/11/2018
| | | |
|---|---|---:|
| REJ | Meet and confer with MHF regarding status of matter. | 0.20 |

09/18/2018
| | | |
|---|---|---:|
| REJ | Draft second settlement agreement. | 1.00 |
| REJ | Prepare motion for continuance/order. | 0.30 |

09/26/2018
| | | |
|---|---|---:|
| REJ | Revise/edit settlement agreement and Promissory Note. | 0.20 |
| REJ | Email to Ed Shultz regarding settlement. | 0.10 |

10/16/2018
| | | |
|---|---|---:|
| REJ | Two emails with Ed Shultz regarding settlement. | 0.20 |

10/18/2018
| | | |
|---|---|---:|
| REJ | Prepare motion to compromise. | 0.20 |

| | | |
|---|---|---:|
| REJ | Prepare order to compromise. | 0.20 |
| REJ | Multiple emails with Ed Shultz regarding settlement. | 0.30 |

11/01/2018

| | | |
|---|---|---:|
| REJ | Emails with Ed Shultz regarding matter. | 0.20 |

01/08/2019

| | | |
|---|---|---:|
| REJ | Prepare stipulation of dismissal. | 0.20 |
| REJ | Email to Ed Shultz regarding same. | 0.10 |

08/02/2019

| | | |
|---|---|---:|
| REJ | Finalize invoices, (.4), Prepare Motion for Final Compensation (.3), Order approving compensation (.3). | 1.00 |
| REJ | Fee adjusted given the settlement achieved in the case. | |

|  |  |
|---|---:|
|  | 41.90 |

| **DISBURSEMENTS** | | **Disbursements** | **Receipts** |
|---|---|---:|---:|
| Apr-13-18 | Service fee re: Subpoena (Wilkinson) | 85.00 | |
| Jun-26-18 | Deposition of Richard P. Wilkinson (Inv. No. LP-10695) | 505.05 | |
| | Totals | $590.05 | $0.00 |

## RECAPITULATION

| **Personnel** | **Hourly Rate** | **Hours** | **Total** |
|---|---|---|---|
| Ryan E. Jarrard | $105.25 | 41.90 | $4,409.95 |

**Total Current Work** $4,409.95

**Balance Due Currently** **$5,000.00**