**SO ORDERED.**
**SIGNED this 27th day of August, 2019**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

---

*IN THE UNITED STATES BANKRUPTCY COURT FOR THE*
*EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**RICHARD PARKER WILKINSON,**               Case No. 3:16-BK-31282-SHB
                                            Chapter 7
    Debtor.

## ORDER APPROVING FINAL COMPENSATION AND EXPENSES TO RYAN E. JARRARD AND THE FIRM OF QUIST, FITZPATRICK & JARRARD, PLLC

Ryan E. Jarrard, and his firm of Quist, Fitzpatrick & Jarrard, PLLC, counsel for the trustee, seek final compensation of $4409.95 and reimbursement of expenses of $590.05 pursuant to passive notice. The attorneys served a copy of the application, together with the proposed order upon all required. No objections were filed within the allowed time. The court is therefore of the opinion that the application should be allowed as follows:

1. Quist, Fitzpatrick & Jarrard PLLC are hereby awarded final compensation of **$4409.95** together with expenses of **$590.05**.

2. The trustee may pay the compensation and expenses from the funds of the estate to the extent available.

###

**APPROVED FOR ENTRY:**

*/s/ Ryan E. Jarrard*
Ryan E. Jarrard, BPR No. 024525
Attorney for Michael H. Fitzpatrick, Trustee
**QUIST, FITZPATRICK & JARRARD, PLLC**
2121 First Tennessee Plaza
Knoxville, TN 37929-9711
Phone: 865-524-1873 ext. 232
rej@qcflaw.com